James R. Hawkins (SBN 192925)
  James@jameshawkinsaplc.com
Christina Lucio (SBN 253677)
  christina@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

[Additional Counsel on following page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| XAVIER NUNEZ, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br>v.<br>NEVELL GROUP, INC., a California Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01753-CJC-ADS<br>Assigned to: Hon. Cormac J. Carney<br><br>**NOTICE OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: April 20, 2015<br>FAC Filed:     June 8, 2015<br>SAC Filed:     June 15, 2016<br>TAC Filed:     August 14, 2020<br>Trial Date:     None Set |

Bevin Allen Pike (SBN 221936)
  Bevin.Pike@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff XAVIER NUNEZ,
on behalf of himself and all others similarly situated

TO THE HONORABLE COURT:

Plaintiff XAVIER NUNEZ ("Plaintiff") hereby advises the Court that the Parties have reached a settlement in principle of this case on a class wide basis following mediation with Judge Carl West. The Parties are finalizing the Memorandum of Understanding memorializing the Parties' agreement which will then serve as the basis for a detailed formal stipulation of class action settlement.

At this time, Plaintiff requests that all further proceedings be stayed while the Parties seek preliminary approval of the settlement pursuant to the procedural requirements for settlement of a class action as set forth in Federal Rule of Civil Procedure 23(e). Plaintiff anticipates that he will file a motion for preliminary approval of the settlement within 90 days.

Dated: December 7, 2021                **JAMES HAWKINS APLC**

By:   */s/ Christina M. Lucio*
      James R. Hawkins
      Christina M. Lucio

      Attorneys for Plaintiff
      XAVIER NUNEZ, on behalf of himself and all others similarly situated

Dated: December 7, 2021                **CAPSTONE LAW APC**

By:   */s/ Bevin Allen Pike*
      Bevin Allen Pike

      Attorneys for Plaintiff
      XAVIER NUNEZ, on behalf of himself and all others similarly situated

**Signature Attestation**

I, Bevin Allen Pike, Esq., hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Bevin Allen Pike
Bevin Allen Pike, Esq.

**Certificate of Service**

The attached was served on all parties and their counsel, through the ECF system, on December 7, 2021.

By: /s/ Bevin Allen Pike
Bevin Allen Pike, Esq.