**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 20-01753-CJC (ADSx)                    Date:  April 5, 2022

Title: <u>XAVIER NUNEZ V. NEVELL GROUP, INC. ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                              <u>        N/A        </u>
      Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

      None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On December 8, 2021, the Court received a Notice of Settlement filed by Plaintiff Xavier Nunez, informing the Court that the parties had reached a settlement of the claims in this action on a class-wide basis.  (Dkt. 13.)  Plaintiff informed the Court that they would file a motion for preliminary approval of the settlement within 90 days.  (*Id.*)  Subsequently, the Court instructed the parties to file a motion for preliminary approval by March 14, 2022.  (Dkt. 15.)  March 14, 2022 has passed and no motion for preliminary approval has been filed. Accordingly, the Court **ORDERS** Plaintiff to show cause in writing by **April 12, 2022** why the case should not be dismissed for lack of prosecution.  A motion for preliminary approval of the class settlement filed by April 12, 2022 will discharge the order to show cause.