# JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| XAVIER NUNEZ, on behalf himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEVELL GROUP, INC., a California corporation, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 8:20-cv-01753-CJC-ADS<br>Assigned to: Hon. Cormac J. Carney<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION**<br><br>Trial: None set<br>Complaint Filed: April 20, 2015 |

1.

Based on the Parties' stipulation and good cause appearing therefore, the Court orders this matter shall be remanded to the Superior Court of the State of California, for the County of Orange.

**IT IS SO ORDERED.**

Dated: June 22, 2022

HON. CORMAC J. CARNEY
United States District Judge